IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MORRIS PARRISH,<br><br>                *Plaintiff*,<br><br>        v.<br><br>CORIZON HEALTH, INC., *et al.*,<br><br>                *Defendants*. | CIVIL ACTION<br>No. 15-01813 |

### ORDER

**AND NOW**, this 3rd day of August, 2016, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 39, 45, 47–48), Morris Parrish's Responses (ECF Nos. 43, 60, 62–63) and Defendants Joseph Korszniak and Michael Wenerowicz's Reply (ECF No. 44), it is **ORDERED** that the motions are **DENIED**.[1]

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1]  The parties stipulated that Defendant Scott Hartzell, M.D. ("Dr. Hartzell") would have until August 7, 2016 to respond to the Amended Complaint.  The Court's Order therefore does not apply to Dr. Hartzell.

1